## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY BELL** | : **MISCELLANEOUS ACTION** |
| | : |
| **v.** | : **NO. 18-148** |
| | : |
| **ATH HOLDING COMPANY, LLC** | : |

### ORDER

**AND NOW**, this 16th day of July 2018, upon considering the parties' Responses (ECF Doc. Nos. 8, 9) to our July 7, 2018 Show Cause Order (ECF Doc. No. 3) as to why we should not transfer to the United States District Court for the Southern District of Indiana which issued the deposition subpoena affecting ongoing management of an imminent trial date, and finding exceptional circumstances warranting transfer, it is **ORDERED:**

1.     The Clerk of Court shall forthwith **transfer** this miscellaneous action to the Clerk of the United States District Court for the Southern District of Indiana to be docketed in *Bell, et al v. Pension Committee of ATH Holding Co., LLC, et al*, No. 15-cv-02062-TWP-MPB before the Honorable Tanya Walton Pratt;

2.     As we are transferring venue, we defer ruling on the Plaintiff's extraordinarily broad seal to allow the transferee District to review the propriety of precluding public access to documents including many documents the parties agree should not be sealed; and,

3.     The Clerk of Court shall **close** this case in this District.

KEARNEY, J.